IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHY DAWSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:22-cv-676-ECM |
| | ) |
| SWEDISH MATCH CIGARS, INC., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the parties' joint stipulation of dismissal with prejudice (doc. 22), which comports with FED. R. CIV. P. 41(a)(1)(A)(ii), this action has been DISMISSED with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 8th day of September, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE